No. 111. HUGHES v. STATE BOARD OF MEDICAL EXAMINERS. Argued October 22, 1928. Decided October 29, 1928. *Per Curiam:* The writs of error are dismised for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Messrs. Norman I. Miller* and *George C. Spence*, with whom *Mr. George P. Whitman* was on the brief, for plaintiff in error. *Mr. J. Z. Foster* for defendants in error.

No. 40. REMINGTON ARMS UNION METALLIC CARTRIDGE Co., INC., v. UNITED STATES. Argued October 22, 23, 1928. Decided October 29, 1928. *Per Curiam:* Affirmed on the authority of § 177 of the Judicial Code. *Mr. Wm. Wallace, Jr.*, for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway*, and *Mr. Dwight E. Rorer* for the United States.

No. 42. KELLEHER v. FRENCH. Argued October 23, 1928. Decided October 29, 1928. *Per Curiam:* Affirmed on the authority of *Miller* v. *Schoene*, 276 U. S. 272. *Mr. W. R. C. Cocke*, with whom *Messrs. Randolph Harrison, Forney Johnston*, and *D. O. Dechert* were on the brief, for appellant. *Messrs. John R. Saunders* and *F. S. Tavenner* for appellee.

No. 43. KANSAS CITY SOUTHERN RY. CO. ET AL. v. HOOPER, TAX COLLECTOR. Argued October 23, 1928. Decided October 29, 1928. *Per Curiam:* Reversed on the authority of *Montana National Bank* v.